**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:03-cv-01792 |
| **CURRENT DEVELOPMENT CORPORATION, GEORGE P. KLEIN, Jr.**, INDIVIDUALLY, AND AS TRUSTEE OF THE CURRENT DEVELOPMENTS CORPORATION PROFIT SHARING PLAN AND THE CURRENT DEVELOPMENT MONEY PURCHASE PLAN, THE CURRENT DEVELOPMENT CORPORATION PROFIT SHARING PLAN AND THE CURRENT DEVELOPMENT MONEY PURCHASE PLAN, | ) ) ) ) ) ) ) ) ) ) | **Hon. Sidney I. Schenkier** |
| Defendants. | ) | |

**CONSULTING FIDUCIARIES, INC., AS INDEPENDENT FIDUCIARY OF THE
CONSTRUCTIVE TRUST IMPOSED BY THE COURT'S DECEMBER 20, 2005
ORDER, SUBMISSION OF DISTRIBUTION DOCUMENTS**

CONSULTING FIDUCIARIES, INC., AS INDEPENDENT FIDUCIARY OF THE CONSTRUCTIVE TRUST IMPOSED BY THE COURT'S DECEMBER 20, 2005 ORDER ("CFI") submits the following draft distribution documents to the Court for its review:

1.) Notice to Participants in the Current Development Corporation Benefit Plans ("Letter to Participants")

2.) Retirement Plan Distribution Package ("Package")

3.) Participant Distribution Election Form ("Election Form")

4.) Tax Withholding Election for Individuals Receiving Qualified Retirement

        Plan Distributions (IRS Form W-4P)

    5.)    Special Tax Notice Regarding Plan Payments ("Tax Notice")

    6.)    Worksheet Showing the amounts due Participants as of November 30, 2007 ("Worksheet")

Defendants' counsel has advised counsel for the Independent Fiduciary and counsel for the Secretary of Labor that he does not think **any** letter to the participants should accompany the package of documents. The Independent Fiduciary strongly disagrees. Given the time delay for the distributions (which is likely to continue because of the appeal), the Independent Fiduciary believes that it is critical for the participants to understand what has taken place. When asked by counsel if the Defendants had any alternative language to suggest for use in the Letter to Participants ( a draft of which all counsel have had since January 4, 2008), Defendants' Counsel offered none. Suggestions by Counsel for the Secretary of Labor have been incorporated into the Letter to Participants.

The Package, Election Form and IRS Form W-4P have been modified by First American Bank and the Independent Fiduciary to meet the needs of this distribution. Counsel for the Secretary and Counsel for the Defendants have had those documents since January 4, 2008. No one has offered any comments or suggested any changes to those documents.

The Tax Notice contains references to the "Plan Administrator." This phrase may have to be changed or clarified so as not to confuse the participants. Counsel for the Secretary and Counsel for the Defendants have had the Tax Notice since January 4, 2008. No one has offered any comments or suggested any change to that document.

There will be three additional adjustments to the participant balances as shown on the

Worksheet prior to final distribution. The participant balances do not reflect actual earnings on assets held by the Independent Fiduciary after October 10, 2007 and through November 30, 2007. The amounts do not reflect professional fees still to be approved and paid from Mr. Klein's account balance (the $95,000 estimate may prove to be low given the appeal). Earnings on the investments after November 30, 2007 and through the date of distribution will have to be included in the final amounts. The Independent Fiduciary provided all counsel the back-up to the computations on December 19, 2007. Any questions posed by counsel have been answered.

On February 27, 2008, the Court of Appeals issued an Order setting a briefing schedule for the appeal and taking the jurisdiction question with the case for determination by the assigned merits panel. A copy of that Order is attached hereto. The reply brief is due on or before May 14, 2008. This pendency of the appeal may cause a delay in any distribution. In the interim, the Independent Fiduciary has received another communication from participant Mike Reichert asking about the status of matters. The Independent Fiduciary wishes to raise the matter of a partial distribution with the Court at the next status on March 13, 2008.

              PEDERSEN & HOUPT, P.C.

              BY: /s/Arthur M. Holtzman
              Attorney for Consulting Fiduciaries, Inc.
              As INDEPENDENT FIDUCIARY of the Constructive
              Trust Imposed by the Court's December 20, 2005 Order

Arthur M. Holtzman
PEDERSEN & HOUPT, P.C.
161 N, Clark St., Suite 3100
Chicago, IL 60601
(312) 261-2111